IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **CRIMINAL NO.: WMN 00-596** |
| **HAZEL THORNTON** | * | |

## NOTICE OF APPEAL

Notice is hereby given that Hazel Thornton, Defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit the Memorandum and Order entered in this case on August 6, 2008, denying Defendant a sentence reduction pursuant to 18 U.S.C. § 3582(c). Counsel for Ms. Thornton was appointed pursuant to the Criminal Justice Act.

Date:  August 8, 2008            By:  _____/s/_____
                                        GARY E. PROCTOR
                                        8 E. Mulberry Street
                                        Baltimore, MD 21202
                                        410.444.1500

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of August, 2008 a copy of this Notice of Appeal was served electronically on the United States.

_____/s/_____
GARY E. PROCTOR